IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEVE BOWIE MYLES,

    Plaintiff,

v.                                                Civil Action No. 3:10CV410

PETERSBURG FEDERAL CORRECTION,

    Defendant.

## MEMORANDUM OPINION

On August 24, 2010, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed <u>in forma pauperis</u>. By Memorandum Order entered on November 9, 2010, the Court directed Plaintiff to pay an initial partial filing fee of $16.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. <u>See</u> 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed <u>in forma pauperis</u>. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

An appropriate Order shall issue.

                                               /s/      *REP*
                                      Robert E. Payne
                                      Senior United States District Judge

Date: *December 31, 2010*
Richmond, Virginia